# In the United States District Court for the Southern District of Georgia Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN -6 P 4:44
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARCEL KENYATTA MAYS | : | NO. CR201-036-01 |

### O R D E R

Upon consideration of the letter written by Defendant requesting severance of his restitution amount from his codefendant, Jose Linares, and a change of his scheduled restitution payments, and the response by the Government, the same is hereby **DENIED** without prejudice.

SO ORDERED, this 6th day of June, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)